1  Tharan Gregory Lanier (SBN 138784)
   JONES DAY
2  1755 Embarcadero Road
   Palo Alto, CA 94303
3  Telephone: 650.739.3939
   Facsimile: 650.739.3900
4  tglanier@jonesday.com

5  Attorney for Plaintiff
   OMG FIDELITY, INC.

E-filing

FILED
MAY -7 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CV 07-80121 MISC

| | |
|---|---|
| OMG FIDELITY, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>KOMAG, INC.,<br><br>                    Defendant. | Case No. Misc.<br><br>[Civil Action No. 6:06cv1184 (DNH/DEP) in the U.S.D.C., N.D.N.Y.]<br><br>**DECLARATION OF MEREDITH M. WILKES IN SUPPORT OF OMG FIDELITY, INC.'S MOTION TO COMPEL KOMAG, INC. TO PRODUCE DOCUMENTS AND THINGS PURSUANT TO SUBPOENA TO KOMAG, INC.** |

1      I, Meredith M. Wilkes, hereby declare as follows:

2      1.    I am a partner in the law firm of Jones Day, located at North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190, and a member in good standing of the Bar of the State of Ohio. I am counsel to Plaintiff OMG Fidelity, Inc. ("OMG") and am trial counsel to OMG in the litigation styled *OMG Fidelity, Inc. v. Sirius Technologies, Inc.*, Civil Action No. 6:06cv1184 (DNH/DEP) in the U.S.D.C., N.D.N.Y. Among other things, I have been responsible for meeting and conferring with counsel for Komag, Inc. ("Komag") regarding the subpoena served on January 3, 2007. I submit this declaration and attached exhibits in support of OMG Fidelity, Inc.'s Motion to Compel Komag, Inc. to Produce Documents and Things Pursuant to Subpoena to Komag, Inc. Except as expressly or implicitly indicated, I have personal knowledge of the matters stated in this declaration.

2.    A dispute has arisen between OMG and Komag concerning responses to Subpoena Requests Nos. 8, 11, and 12. Komag has failed to provide a full and complete response to these discovery requests.

3.    Counsel for OMG and counsel for Komag have met and conferred in attempt to resolve this dispute and obtain substantive responses. Those efforts include correspondence with Komag dated January, 23, 2007, April 16, 2007, and May 1, 2007, as well as telephonic conferences conducted between Ms. Jenny Dixon, counsel for Komag, and myself on February 1, 2007 and March 1, 2007.

4.    Attached hereto as Exhibit 1 is a true and correct copy of OMG's Complaint filed in the United States District Court for the Northern District of New York on October 4, 2006.

5.    Attached hereto as Exhibit 2 is a true and correct copy of OMG'S Subpoena Request Nos. 8, 11, and 12, served on Komag on January 3, 2007.

6.    Attached hereto as Exhibit 3 is a true and correct copy of Komag's Response to OMG'S Subpoena Request Nos. 8, 11, and 12, served on OMG on January 17, 2007.

7.    Attached hereto as Exhibit 4 is a true and correct copy of correspondence I sent to Ms. Dixon on January 23, 2007.

1    8.    Attached hereto as Exhibit 5 is a true and correct copy of the Stipulation and
2 Protective Order entered on December 18, 2007, as well as the modifications by the Court on
3 January 31, 2007 and April 27, 2007.
4    9.    Attached hereto as Exhibit 6 is a true and correct copy of correspondence sent
5 from Ms. Dixon to me on January 24, 2007.
6    10.    Attached hereto as Exhibit 7 is a true and correct copy of correspondence sent
7 from Ms. Dixon to me on February 5, 2007.
8    11.    Attached hereto as Exhibit 8 is a true and correct copy of correspondence I sent to
9 Ms. Dixon on February 7, 2007.
10    12.    Attached hereto as Exhibit 9 is a true and correct copy of correspondence I sent to
11 Ms. Dixon on March 5, 2007.
12    13.    Attached hereto as Exhibit 10 is a true and correct copy of correspondence sent
13 from Ms. Dixon to me on March 6, 2007.
14    14.    Attached hereto as Exhibit 11 is a true and correct copy of correspondence I sent to
15 Ms. Dixon on March 27, 2007.
16    15.    Attached hereto as Exhibit 12 is a true and correct copy of correspondence sent
17 from Ms. Dixon to me on April 4, 2007.
18    16.    Attached hereto as Exhibit 13 is a true and correct copy of correspondence I sent to
19 Ms. Dixon on April 16, 2007.
20    17.    Attached hereto as Exhibit 14 is a true and correct copy of correspondence sent
21 from Ms. Dixon to me on April 18, 2007.
22    18.    Attached hereto as Exhibit 15 is a true and correct copy of correspondence I sent to
23 Ms. Dixon on May 1, 2007.
24    19.    Attached hereto as Exhibit 16 is a true and correct copy of correspondence sent
25 from Ms. Dixon to me on May 7, 2007.
26
27
28

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing Declaration is true and correct and that this Declaration was executed on May 7, 2007
3  at Cleveland, Ohio.

Meredith M. Wilkes

CLI-1513757

3   DECL. OF MEREDITH WILKES IN SUPPORT OF
    OMG'S MOTION TO COMPEL KOMAG