**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
PHONE 415.947.2000
FAX 415.947.2099
www.wsgr.com

February 5, 2007

**VIA FACSIMILE AND U.S. MAIL**
Meredith M. Wilkes
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Re:   *OMG Fidelity, Inc. v. Sirius Technologies, Inc.* **Third Party Subpoena**

Dear Meredith:

In our telephone conversation on February 1, 2007, you agreed to a further extension of Komag's time to produce documents in response to the subpoena issued by your client OMG Fidelity, Inc. We agreed that I will contact you during the week of February 12, 2007 to update you on Komag's production efforts and to discuss the timeline. If this does not comport with your understanding of our agreement, please let me know by the close of business on February 6, 2007.

We also discussed Komag's objections to Document Request Nos. 8, 11, and 12. You indicated that these requests seek documents pertaining to electroless nickel product from Sirius, in addition to that from other third parties. Komag will produce documents relating to Sirius only, subject to our other objections, and subject to Sirius' objections (if any), and subject to appropriate confidentiality provisions in response to Document Request Nos. 8, 11, and 12.

If you have any questions, please contact me.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Jenny L. Dixon*
Jenny L. Dixon

C:\NrPortbl\PALIB1\CAJ\3044234_1.DOC