# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114-1190
TELEPHONE: 216-586-3939 • FACSIMILE: 216-579-0212

Direct Number: (216) 586-7231
mwilkes@jonesday.com

JP302273:sfs
185478-605001
CL: 1490246v1

February 7, 2007

**VIA FACSIMILE – 415-947-2099**

Jenny L. Dixon, Esq.
Wilson, Sonsini, Goodrich & Rosati
One Market, Spear Tower, Suite 3300
San Francisco, California 94105

Re:   OMG Fidelity, Inc. v. Sirius Technologies, Inc. (N.D.N.Y.)

Dear Ms. Dixon:

I am in receipt of your letter dated February 5, 2007. OMG Fidelity consents to your client's request for an extension of time in which to respond to the subpoena duces tecum. With respect to your client's objections to Requests 8, 11 and 12, OMG Fidelity will review the documents your client does produce and if documents have been improperly withheld, regardless of the reason, OMG Fidelity will seek the appropriate relief.

I look forward to a discussion during the week of February 12, 2007 and obtaining a date certain by which your client will comply with the subpoena with which it has been served.

Sincerely,

Meredith M. Wilkes

cc:   Robert P. Ducatman, Esq.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON