# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114-1190
TELEPHONE: 216-586-3939 • FACSIMILE: 216-579-0212

Direct Number: (216) 586-7231
mwilkes@jonesday.com

JP302273:sfs
185478-605001
CL: 1496154v1

March 5, 2007

**VIA FACSIMILE – 415-947-2099**

Jenny L. Dixon, Esq.
Wilson, Sonsini, Goodrich & Rosati
One Market, Spear Tower, Suite 3300
San Francisco, California 94105

Re: <u>OMG Fidelity, Inc. v. Sirius Technologies, Inc. (N.D.N.Y.)</u>

Dear Ms. Dixon:

As you are aware, my client has granted Komag, Inc. a number of extensions of time in which to produce documents and things in response to the subpoena served upon it on January 3, 2007. ("Subpoena") Because of your representations concerning the size of the production, as well as the geographic scope of the production, I have continued to grant your client's requests. However, to date, I have not received one responsive piece of paper. During our discussion, on March 1, 2007, you agreed to a rolling production and stated that I can expect to receive portions of the document production by the end of this week, with a full and complete production by March 15, 2007.

Unfortunately, during our discussion on March 1, 2007, you also stated that notwithstanding the fact that physical samples of the formulae are responsive to the Subpoena, your client is refusing to produce any such samples. Prior to our discussion on March 1, 2007, neither you nor your client had indicated any objection whatsoever to producing physical samples.

If any of the foregoing is in error, please advise immediately. Short of receiving any objection from you by the close of business March 6, 2007, I will presume that the foregoing is correct. If necessary, OMG will take the appropriate measures to enforce its rights.

Sincerely,

Meredith M. Wilkes

cc: Robert P. Ducatman, Esq.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON