# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114-1190
TELEPHONE: 216-586-3939 • FACSIMILE: 216-579-0212

Direct Number: (216) 586-7231
mwilkes@jonesday.com

JP302273:sfs
185478-605001
CL: 1503031v1

March 27, 2007

**VIA FACSIMILE – 415-947-2099**

Jenny L. Dixon, Esq.
Wilson, Sonsini, Goodrich & Rosati
One Market, Spear Tower, Suite 3300
San Francisco, California 94105

Re: *OMG Fidelity, Inc. v. Sirius Technologies, Inc. (N.D.N.Y.)*

Dear Ms. Dixon:

To date, I am in receipt of four boxes of documents produced by your client. While there are portions of the documents which have been redacted, I have not received a privilege log. Moreover, I have not received a response to the subpoena which would indicate to which requests the various documents produced are responsive. In light of the foregoing deficiencies, I am assuming that your client has not completed its production. If it has, please advise and produce a privilege log immediately. Moreover, please identify by bates number which documents are responsive to which requests.

If your client has not completed its production, once again, I am requesting that you advise as to when I can expect a completed production. You had previously represented that it would be completed by March 15, 2007. Obviously, that deadline has passed and my client has not received all that it is entitled to receive pursuant to the subpoena.

Your correspondence of earlier this month now suggests that certain samples will, in fact, be produced. While they should have been shipped from Malaysia when the subpoena was served, please advise as to when I can expect them. Please also advise if these samples include all trials or just that of Komag and Sirius. If the samples are not of all trials as requested please confirm in writing which samples your client is producing.

I look forward to hearing from you.

Sincerely,

Meredith M. Wilkes

cc: Robert P. Ducatman, Esq.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON