

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
PHONE 415.947.2000
FAX 415.947.2099

www.wsgr.com

JENNY L. DIXON
Internet: jldixon@wsgr.com

April 4, 2007

**VIA OVERNIGHT MAIL**
Meredith M. Wilkes
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Re: *OMG Fidelity, Inc. v. Sirius Technologies, Inc.* **Third Party Subpoena**

Dear Ms. Wilkes:

I am in receipt of your letter dated March 27, 2007 and write in response thereto. For the reasons set forth below, your contention that Komag's document production is deficient is not well taken.

In the course of reviewing and finalizing Komag's document production, I noticed that certain documents were defective, *e.g.*, missing attachments or printed incorrectly. To address this issue, Komag undertook a second review of the source material; it also extended its review to files of additional employees holding positions in accounting, equipment and facilities. As a result, Komag is producing additional documents herewith — KOMAG 011539 – KOMAG 017180. The documents are designated "Confidential" and "Highly Confidential" in accordance with the Protective Order entered by the Court on December 18, 2006. Many of these documents may be duplicative of documents already produced but in abundance of caution and to ensure all responsive material is produced, they are being produced again.

You have requested that Komag identify by bates number which documents are responsive to which requests. Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Komag has two options for producing its documents: "[a] party responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business *or* shall organize and label them to correspond with the categories in the demand." FRCP 34(b) (emphasis added). Komag chose the first option and has produced its documents accordingly.

Komag fully intends to produce a privilege and redaction log and will do so within two weeks. Based upon its objections, Komag has redacted certain irrelevant information related to business dealings with parties other than OMG or Sirius from otherwise responsive documents. These redactions will be logged.

C:\NrPortbl\PALIB1\CAJ\3092063_1.DOC

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Meredith M. Wilkes
April 4, 2007
Page 2

With respect to the production of samples of chemistry, as I have previously advised you, the samples Komag produces will only include the chemistry related to Sirius. The following is a list of samples that Komag intends to produce pursuant to the first subpoena:

- Qualified MD14A (Ref: MD14 01110707)
- Development MD14A (Ref: Adjusted MD14A for 30ppm Active DS17 ww1-07)
- Development MD14A (Ref: Adjusted MD14A for 75ppm Active DS17 ww1-07)
- Previous MD14B for standard sparger – 100% chelation (Ref: MD14B 02270702)
- Qualified MD14B (90% chelation) (Ref: MD14B Lot # 11170601)
- Qualified MD14D (reduced Pb & Mo) (Ref: MD14D Lot #: 11290601)
- Development MD14D (Ref: MD14D 0 Acetic Lot # 12050601)
- Previous MD14D for standard sparger (Ref: MD14D Lot: 01130602)

I will advise you as soon as Komag receives the samples which have been shipped from Malaysia. These samples will then be produced to Jones Day in Menlo Park, California.

I recently learned that OMG served another third party subpoena on Komag on March 26, 2007 calling for the production of physical samples on April 16, 2007. This subpoena is objectionable on numerous grounds, not to mention the fact that there is inadequate time for compliance given that it takes 4-6 weeks for shipment of the samples from Malaysia—a fact which you are well aware. Komag's objections are being served under separate cover. Komag will need an extension of time to produce samples in response to the March 26 subpoena.

If you have any questions, please feel free to contact me at (415) 947-2103.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Jenny L. Dixon

Enclosures
cc: Stephen Elliott, Esq.

C:\NrPortbl\PALIB1\CAJ\3092063_1.DOC (3152)