

**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

PHONE 415.947.2000
FAX 415.947.2099

www.wsgr.com

JENNY L. DIXON
Internet: jldixon@wsgr.com

April 18, 2007

**VIA OVERNIGHT MAIL**
Meredith M. Wilkes
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

    Re:    *OMG Fidelity, Inc. v. Sirius Technologies, Inc.* **Third Party Subpoena**

Dear Ms. Wilkes:

    Enclosed please find Komag's privilege and redaction log. Also enclosed please find documents KOMAG 017181 – KOMAG 017342 reflecting redactions or material previously identified as privileged. The documents are designated "Confidential" and "Highly Confidential" in accordance with the Protective Order entered by the Court on December 18, 2006.

    Please provide the information as to where Komag is to produce its samples at your earliest convenience.

    With respect to your continued demand for documents concerning electroless nickel from entities other than Sirius, Komag has repeatedly explained the basis for its objection to providing such material: Non-public material from third parties concerning any electroless nickel products is not relevant to OMG's claims against Sirius. Such documents and information have no bearing on OMG's dispute with Sirius.

    Each stage of Komag's document production has been in compliance with Rule 45(b) of the Federal Rules of Civil Procedure. While we believe that the documents themselves illustrate the custodian, enclosed please find list of custodians and the corresponding bates ranges.

    If your client elects to seek the court's assistance, the appropriate forum to hear any motion will be the U.S. District Court for the Northern District of California—the court that issued the subpoena.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Meredith M. Wilkes
April 18, 2007
Page 2

If you have any questions, please feel free to contact me at (415) 947-2103.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Jenny L. Dixon

Enclosures

cc: Stephen Elliott, Esq.