# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114-1190
TELEPHONE: 216-586-3939 • FACSIMILE: 216-579-0212

May 1, 2007

JP302273
185478-605001
CL: 1513061v1

Direct Number: (216) 586-7231
mwilkes@jonesday.com

**VIA FACSIMILE – 415-947-2099**

Jenny L. Dixon, Esq.
Wilson, Sonsini, Goodrich & Rosati
One Market, Spear Tower, Suite 3300
San Francisco, California 94105

Re:   <u>OMG Fidelity, Inc. v. Sirius Technologies, Inc.</u>

Dear Ms. Dixon:

I write concerning Komag's refusal to provide samples and documents in response to OMG's Subpoena Request Nos. 11 and 12. These requests relate to Komag's alternative sources of electroless nickel products. As you know, OMG maintains that its electroless nickel formulation and related know how are trade secrets, and is presently litigating the misappropriation of these trade secrets in the United States District Court for the Northern District of New York. As you are well aware, the commercial advantage derived by OMG as a result of its trade secrets because they are not generally known is central to this litigation. Thus, Komag's use and experimentation with electroless nickel formulations from sources other than OMG are unquestionably relevant to the ultimate issue of fact being litigated.

In both written and telephonic communications, I have repeatedly explained the importance and relevance of these alternative source electroless nickel products and related information. The requests at issue were served on Komag on January 3, 2007. Komag has requested various extensions of the deadline to respond to this Subpoena, and we have willingly granted these extensions in the hopes that Komag would provide a full and complete response to these requests. Unfortunately, we are now almost four months after service of this Subpoena, and Komag is flatly refusing to respond to Subpoena Request Nos. 11 and 12.

Komag's categorical refusal to respond leaves us no alternative except seeking the assistance of the Court to compel the production of these relevant materials. Notwithstanding our several discussions and written exchanges, I am willing to confer with you once again in the hopes that Komag will produce these relevant samples and documents. I am available to speak on Wednesday or Thursday of this week. Please advise whether you are willing to discuss production of these materials, or whether Komag will be maintaining its objections.

I look forward to hearing from you.

Sincerely,

Meredith M. Wilkes

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON