1 | Tharan Gregory Lanier (SBN 138784)
JONES DAY
2 | 1755 Embarcadero Road
Palo Alto, CA 94303
3 | Telephone: 650.739.3939
Facsimile: 650.739.3900
4 | tglanier@jonesday.com

5 | Attorney for Plaintiff
OMG FIDELITY, INC.

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

OMG FIDELITY, INC.,                              Case No. Misc.

12

                   Plaintiff,                    [Civil Action No. 6:06cv1184 (DNH/DEP) in the
13                                                U.S.D.C., N.D.N.Y.]

14 | v.                                           **PROOF OF SERVICE**

15 | KOMAG, INC.,

16 |                  Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

SVI-46556v1

1    I, Michelle Delos Angeles, declare:

2    I am a citizen of the United States and employed in Santa Clara County, California. I am

3    over the age of eighteen years and not a party to the within-entitled action. My business address

4    is Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California 94303. On May 7,

5    2007, I caused to be served copies of the within document(s):

6
    **1.    OMG FIDELITY, INC.'S NOTICE OF MOTION AND**
    **MOTION TO COMPEL KOMAG, INC. TO PRODUCE**
7
    **DOCUMENTS AND THINGS PURSUANT TO SUBPOENA**
    **TO KOMAG, INC.;**
8

9
    **2.    DECLARATION OF MEREDITH M. WILKES IN SUPPORT**
    **OF OMG FIDELITY, INC.'S MOTION TO COMPEL**
    **KOMAG, INC. TO PRODUCE DOCUMENTS AND THINGS**
10
    **PURSUANT TO SUBPOENA TO KOMAG, INC.; AND**

11
    **3.    [PROPOSED] ORDER REGARDING OMG FIDELITY,**
    **INC.'S MOTION TO COMPEL KOMAG, INC. TO**
12
    **PRODUCE DOCUMENTS AND THINGS PURSUANT TO**
    **SUBPOENA TO KOMAG, INC.**
13

14    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
    forth below on this date before 5:00 p.m.

15
    ☐    by placing the document(s) listed above in a sealed envelope with postage thereon
    fully prepaid, in the United States mail at Palo Alto, California addressed as set
16
    forth below.

17
    ☐    by placing the document(s) listed above in a sealed _____ envelope and
18
    affixing a pre-paid air bill, and causing the envelope to be delivered to a
           agent for delivery.
19

20    ☒    by arranging A&A Legal to deliver the document(s) listed above to the person(s) at
    the address(es) set forth below.

21
Jenny L. Dixon, Esq.
22    WILSON SONSINI GOODRICH & ROSATI
One Market Street
23    Spear Tower, Suite 3300
San Francisco, CA 94105
24    Telephone: (415) 947-2000
Facsimile: (415) 947-2099
25

26

27

28

1         I declare that I am employed in the office of a member of the bar of this court at whose

2    direction the service was made.

3         Executed on May 7, 2007, at Palo Alto, California.

4

5

6                                    MICHELLE DELOS ANGELES

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SVI-46556v1                                                                    PROOF OF SERVICE