## APPENDIX A

Pursuant to Local Rule 37-2, OMG sets forth Subpoena Request Nos. 8, 11, and 12 at issue in this motion and Komag's written responses:

REQUEST NO. 8: Any documents relating to any effort by Komag to produce any Electroless Nickel Product at any Komag facility including:

    a.    any raw materials purchased;
    b.    any equipment purchased;
    c.    the set-up and assembly of any equipment;
    d.    the use of any raw materials;
    e.    any trials conducted;
    f.    any trial-scale or pilot-scale lines; and
    g.    the quantity of any Electroless Nickel Product produced.

RESPONSE: In addition to the General Objections, Komag objects to this Request to the extent that it seeks information of [sic] documents concerning aspects of Komag's business and ongoing research and development activities that have no bearing on the subject matter of the underlying action or the dispute between Plaintiff and Sirius Technologies, Inc., and thus are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. No documents will be produced in response to this Request.

REQUEST NO. 11: A physical sample of any Electroless Nickel Product that has been sold to, offered for sale to, or developed on or conjunction with any person other than OMG since 1996.

RESPONSE: In addition to the General Objections, Komag objects to this Request to the extent that it seeks information of [sic] documents concerning aspects of Komag's business and ongoing research and development activities that have no bearing on the subject matter of the underlying action or the dispute between Plaintiff and Sirius Technologies, Inc., and thus are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. No documents will be produced in response to this Request.

REQUEST NO. 12: All documents relating to Komag's efforts to obtain an Electroless Nickel Product from someone other than OMG from 1996 to present.

RESPONSE: In addition to the General Objections, Komag objects to this Request to the extent that it seeks information of [sic] documents concerning aspects of Komag's business and ongoing research and development activities that have no bearing on the subject matter of the underlying action or the dispute between Plaintiff and Sirius Technologies, Inc., and thus are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. No documents will be produced in response to this Request.