**United States District Court**
For the Northern District of California

***E-FILED 5/9/07 ***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMG FIDELITY, INC., | No. 07-mc-80121 RMW (RS) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| KOMAG, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff's Motion to Compel, Docket [1], noticed for hearing on June 11, 2006 shall be heard before the Honorable Richard Seeborg on **June 13, 2007 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

Dated: 5/9/07

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Tharan Gregory Lanier    tglanier@jonesday.com, snakanomcswain@jonesday.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:  5/9/07

                                /s/ BAK
                              Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2