# EXHIBIT D

05/07/2007   TEXT Minute Entry for proceedings held before Judge David E. Peebles : Status Conference held on 5/7/2007. Parties discuss outstanding discovery disputes. Atty. Wilkes requests a 120 day extension of the deadlines. Defendant's counsel objects to this request. Judge denies this request and advises plaintiff's counsel that he clearly reminded the parties about the expert disclosure deadline on numerous occasions. Judge stays the joinder and amendment deadlines and will address these at the next conference due to the pending motion to dismiss. Judge extends discovery deadline to 8/31/07. Motion filing deadline is extended until 10/1/07. The 6/5/07 telephone conference will remain in place. Judge hopes the parties can resolve most of these discovery disputes and hopes not to address additional discovery issues at the next conference. APP: Meredith Wilkes, Esq., John Howley, Esq. and Jacquelyn Summer, Esq.. (sal, ) Modified on 5/8/2007 (sal, ). (Entered: 05/08/2007)

05/08/2007   TEXT SCHEDULING ORDER: Joinder and Amendment deadlines are STAYED. Discovery deadline is extended until 8/31/2007. Motions to be filed deadline is extended until 10/1/2007. Authorized by Judge David E. Peebles on 5/8/07. (sal, ) Modified on 5/8/2007 (sal, ). (Entered: 05/08/2007)