1  TERRY T. JOHNSON, State Bar No. 121569
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   Email: tjohnson@wsgr.com
5
   JENNY L. DIXON, State Bar No. 192638
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market, Spear Tower, Suite 3300
   San Francisco, CA 94105
8  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
9  Email: jldixon@wsgr.com

10 Attorneys for Defendant
   KOMAG, INC.
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN JOSE DIVISION

15 | OMG FIDELITY, INC., | ) | CASE NO.: 07-mc-80121 (RMW) Misc |
|---|---|---|
| Plaintiff, | ) | [Civil Action No. 6:06cv1184 |
|  | ) | (DNH/DEP in the U.S.D.C., N.D.N.Y.] |
| v. | ) |  |
|  | ) | **CERTIFICATE OF SERVICE** |
| KOMAG, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

3651200

Certificate of Service

**CERTIFICATE OF SERVICE BY NEXT-DAY DELIVERY**

I, Cherie Johnston, declare:

I am employed in the City and County of San Francisco. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, One Market, Spear Tower, Suite 3300, San Francisco, California 94105.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for next-day delivery by an express mail service. In the ordinary course of business, correspondence would be consigned to an express mail service on this date.

On this date, I served:

1. **KOMAG'S OPPOSITION TO OMG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS PURSUANT TO THIRD PARTY SUBPOENA;**

2. **DECLARATION OF JENNY L. DIXON IN SUPPORT OF KOMAG'S OPPOSITION TO OMG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS PURSUANT TO THIRD PARTY SUBPOENA**

on the persons listed below by placing the documents described above in an envelope addressed as indicated below, which I sealed. I consigned the envelope to an express mail service by placing it for collection and processing on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

| | |
|---|---|
| Meredith M. Wilkes, Esq. | Stephen Elliott, Esq. |
| **Jones Day** | **Kaye Scholer** |
| North Point | 425 Park Avenue |
| 901 Lakeside Avenue | New York, NY  10022-2398 |
| Cleveland, OH  44114 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on May 23, 2007.

/s/ Cherie Johnston
Cherie Johnston