UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   FTR                                              DATE:   6/13/07
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                                   CASE #: 07-MC-80121RMW(RS)

CASE TITLE:  OMG FIDELITY            VS.   KOMAG

**Appearances for Plaintiff(s)**           **Appearances for Defendant(s)**

  ANTHONY J. JACONO                          JENNY L. DIXON

  GUADALUPE M. GARCIA

  TRACY A. STITT

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.      {X } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{X }   { }    { }   1.  TO COMPEL
{ }    { }    { }   2.
{ }    { }    { }   3.
{ }    { }    { }   4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED       [  ] DENIED       [  ] SUBMITTED       [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

{  } Cont'd to              @              For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: MATTER IS ARGUED BY COUNSEL.  COURT WILL ISSUE WRITTEN ORDER.

HOURS IN SETTLEMENT:              Copies to: